IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 28 2000

NANCY DOHERTY, CLERK
BY _____
                  Deputy

| | | |
|---|---|---|
| MARK ROBERTSON | ) | |
| | ) | |
| VS. | ) | 3-98-CV-2768-G |
| | ) | |
| GARY JOHNSON, DIRECTOR | ) | |
| Texas Department of Criminal | ) | |
| Justice, Institutional | ) | |
| Division, | ) | |

ENTERED ON DOCKET

APR 28, 2000

U.S. DISTRICT CLERK'S OFFICE

## O R D E R

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

SIGNED AND ENTERED this 28 day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE